**Order entered July 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01689-CV

### INWOOD NATIONAL BANK, Appellant

### V.

### WELLS FARGO BANK, N.A. AS TRUSTEE AND U.S. TRUST, BANK OF AMERICA PRIVATE WEALTH MANAGEMENT, Appellees

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-04907

## ORDER

Before the Court is the July 17, 2014 motion of U.S. Trust, Bank of America Private Wealth Management requesting an extension of time of ten days beyond the date Inwood National Bank files its brief. We **DENY** the motion.

On the Court's own motion, we clarify the designation of the parties and their respective briefing deadlines as follows: Inwood National Bank is the appellant/cross-appellee. U.S. Trust, Bank of America Private Wealth Management is an appellee/cross-appellant. Wells Fargo Bank, N.A. as Trustee is an appellee. Appellant's brief is due on July 20, 2014. *See* TEX. R. APP. P. 38.6(a). Appellee/cross-appellant's combined brief is due thirty days after appellant's brief is filed. *See* 5th Tex. App. (Dallas) Loc. R. 10(3)(b). Appellee's brief is due thirty days after

appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b). Appellant's reply to appellee's brief is due twenty days after appellee's brief is filed. *See* TEX. R. APP. P. 38.6(c). Appellant's combined reply/cross-appellee's brief is due thirty days after appellee/cross-appellant's brief is filed. *See* 5th Tex. App. (Dallas) Loc. R. 10(3)(c). Cross-appellant's reply brief will be due twenty days after cross-appellee's brief is filed. *See* 5th Tex. App. (Dallas) Loc. R. 10(3)(d).


/Ada Brown/
ADA BROWN
JUSTICE